IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-20436
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

LUIS ALFREDO HERNANDEZ-MELGAR,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-00-CR-830-ALL
--------------------
December 12, 2001
Before HIGGINBOTHAM, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:*

     The Federal Public Defender appointed to represent Luis
Alfredo Hernandez-Melgar on appeal has moved for leave to
withdraw and has filed a brief as required by Anders v.
California, 386 U.S. 738 (1967).  Hernandez-Melgar has filed a
response.  Our independent review of counsel's brief, Hernandez-
Melgar's response, and the record discloses no nonfrivolous
issue.  Accordingly, the motion for leave to withdraw is GRANTED,
counsel is excused from further responsibilities herein, and the
APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.

_____

     * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.